[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

---

No. 00-1310

FRANK CAMOSCIO,

Plaintiff, Appellant,

v.

ROGER DEMINICO,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. William G. Young, U.S. District Judge]

---

Before

Torruella, Chief Judge,
Boudin and Lipez, Circuit Judges.

---

Frank Camoscio on brief pro se.
Michael A. Goldsmith, Assistant Corporation Counsel, and
Merita A. Hopkins, Corporation Counsel, on Motion for Summary
Disposition, for appellee.

---

December 5, 2000

---

**Per Curiam**.  Having thoroughly reviewed the record and the parties' submissions on appeal, we affirm the dismissal of the appellant's complaint on the ground that it is barred by the doctrine of res judicata.  Costs to appellee.  See Local Rule 27(c); Fed. R. App. P. 39(a)(2).